IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY RILEY,

                Plaintiff,                ORDER

v.

                                              20-cv-736-wmc

BRIAN LANGE, JACOB ZIMMER,
ADAM THIELEN, MICHAEL ROTH,
CODY KEEHN, JULIE PINTZ,
ANDREW HULCE, MATTHEW
SCULLION, ANDREW SIMCOX,
and GARY BOUGHTON,

                Defendants.

Plaintiff seeks clarification about certain aspects of the settlement agreement he reached with some of the defendants and that the court retained jurisdiction to enforce. (Dkt. #118.) The court will grant plaintiff's request insofar as he seeks clarification regarding costs and taxes. To begin, plaintiff asks about the "costs" the court refers to in the text-only order dismissing his remaining claims in light of the settlement and noting that defense counsel never told him that there might be costs. (*See* dkt. #116.) Although certain litigation costs and fees may be taxed in some cases, the court dismissed plaintiff's claims in this case *without* costs. Plaintiff also references potential taxes, but neither the court nor defense counsel, who did not represent plaintiff's interests in this case, can give him any advice on the matter. Finally, plaintiff notes that he had not received his settlement check as of the date of his letter, but defense counsel sent the check to plaintiff via certified mail on September 6, 2023, within 30 days of fully executing the settlement

agreement. The court presumes that plaintiff has since received his check because he has not notified the court otherwise and will deny any related relief as moot.

ORDER

IT IS ORDERED that plaintiff's request for clarification is GRANTED in part and DENIED in part as moot.

Entered this 15th day of November, 2023.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge